Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 14, 1962

**No. 67198.**—Royal Crown Derby *v.* United States, protests 60/5840 and 61/12682 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 67199.**—Royal Crown Derby et al. *v.* United States, protests 60/11756, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 15, 1962

**No. 67200.**—S. Berger Co. *v.* United States, protest 60/26351 (New York).

Opinion by WILSON, J. In acordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.